ACCEPTED
04-14-00886-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/31/2015 4:58:56 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00886-CV

IN THE COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT OF TEXAS

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/31/2015 4:58:56 PM
KEITH E. HOTTLE
Clerk

CITY OF SAN ANTONIO,

APPELLANT,

V.

HAYS STREET BRIDGE RESTORATON GROUP

APPELLEE

## APPELLEE'S REPORT ON SETTLEMENT

TO THE HONORABLE JUSTICES OF THE COURT:

While Appellee Hays Street Bridge Restoration Group continues to believe that the legitimate interests of both parties can be easily harmonized, no settlement has been reached, and the Appellant City has given no indication of a willingness to settle this case. Accordingly, Appellee regretfully concludes that the parties are not now progressing towards settlement.

Respectfully submitted,

/s/ Amy Kastely
Attorney for Appellee
Texas Bar No. 24006638

Attorney for Appellee
233 Lotus Avenue
San Antonio, TX 78210
Phone: 210 216-3241
Fax: 210 436-3559
amykastely@fastem.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Appellee's Report on Settlement* was served via e-mail transmission, on the 31st day of July, 2015, to:

Dan Pozza
Attorney for Appellant
danpozza@yahoo.com

Deborah Klein
Attorney for Appellant
Deborah.Klein@sanantonio.gov

Elva Trevino
Attorney for Appellee
elvatrvn@yahoo.com

/s/ Amy Kastely_____
Amy Kastely